No. 89–6995. JORDAN *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Taylor* v. *United States*, 495 U. S. 575 (1990).

No. — – ——. ALLUSTIARTE ET UX. *v.* COOPER; and

No. — – ——. BOYLE ET AL. *v.* ROGERS DISTRIBUTING CORP. ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–720. HISHMEH *v.* NEW JERSEY DIVISION OF MOTOR VEHICLES. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–833. IN RE DISBARMENT OF LAIRD. Disbarment entered. [For earlier order herein, see 493 U. S. 961.]

No. D–855. IN RE DISBARMENT OF RIVAS. Disbarment entered. [For earlier order herein, see 493 U. S. 1053.]

No. D–874. IN RE DISBARMENT OF PEIPER. Disbarment entered. [For earlier order herein, see 494 U. S. 1015.]

No. D–892. IN RE DISBARMENT OF SHORTER. Disbarment entered. [For earlier order herein, see 494 U. S. 1076.]

No. D–897. IN RE DISBARMENT OF HERSH. Alan Mark Hersh, of Beverly Hills, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on April 23, 1990 [495 U. S. 902], is hereby discharged.

No. D–904. IN RE DISBARMENT OF ROOT. It is ordered that Thomas Lawrence Root, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–905. IN RE DISBARMENT OF HANNA. It is ordered that Larry L. Hanna, of Myrtle Beach, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable